Dismissed and Memorandum Opinion filed June 14, 2007








Dismissed
and Memorandum Opinion filed June 14, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00203-CV

____________

 

RONALD L. BLOUNT and DEANA K.
BLOUNT, Appellants

 

V.

 

JAMES W. ARNOLD and REBECCA R.
ARNOLD, Appellees

 



 

On Appeal from the County Court at Law No. 1 &
Probate Court

Brazoria County,
Texas

Trial Court Cause No. CI036248

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 27, 2006.  On June 6, 2007, the
parties filed a joint motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed June
14, 2007.

Panel consists of Justices Yates, Edelman, and Seymore.